|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>v.<br><br>ANDREW FRANKLIN KOWALCZYK,<br><br>          Defendant. | No. 3:08-cr-00095-MO<br><br>VERDICT |

**VERDICT FORM**

DATED: This \_\_6th\_\_ day of December, 2018.

_____
MICHAEL W. MOSMAN
Chief United States District Judge

We the jury, being duly empaneled and sworn, hereby find the following unanimous verdicts in this case against the defendant Andrew Franklin Kowalczyk:

### Count One
### Sexual Exploitation of Children
(April 21, 2005 through April 25, 2005 – Econo Lodge – "A.B.")

_____ Not Guilty                    __X__ Guilty

### Count Two
### Sexual Exploitation of Children
(April 21, 2005 through April 25, 2005 – Econo Lodge – "S.B.")

_____ Not Guilty                    __X__ Guilty

### Count Three
### Sexual Exploitation of Children
(April 27, 2005 through April 29, 2005 – Motel 6 – "A.B.")

_____ Not Guilty                    __X__ Guilty

### Count Four
### Sexual Exploitation of Children
(April 27, 2005 through April 28, 2005 – Motel 6 – "S.B.")

_____ Not Guilty                    __X__ Guilty

### Count Five
### Sexual Exploitation of Children
(May 8, 2005 through June 9, 2005 – Madison Suites Motel – "A.B.")

_____ Not Guilty                    __X__ Guilty

### Count Six
### Sexual Exploitation of Children
(May 8, 2005 through June 4, 2005 – Madison Suites Motel – "S.B.")

_____ Not Guilty                    __X__ Guilty

1 – VERDICT

**Count Seven**
**Sexual Exploitation of Children**
(June 16, 2005 through June 24, 2005 – Parkway East Apartments – "D.L.")

_____ Not Guilty                                    __X__ Guilty

**Count Eight**
**Sexual Exploitation of Children**
(September 10, 2005 – Parkway East Apartments – "A.B.")

_____ Not Guilty                                    __X__ Guilty

**Count Nine**
**Sexual Exploitation of Children**
(September 10, 2005 through September 11, 2005 – Parkway East Apartments – "S.B.")

_____ Not Guilty                                    __X__ Guilty

DATED: This 6th day of December, 2018.

PRESIDING JUROR

2 – VERDICT